Mail body: draft to send

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**ADAM JULIUS LIBONATI, Sui Juris**
Plaintiff
1943 Pasco Dr.
Sebring, FL 33870

v.

**DIANA HEMMINGS**,
**DOUGLAS MCLEAN** (Registered Agent), and
**MELISSA BRANDOA**
Defendants

# CIVIL RIGHTS COMPLAINT

**(Wrongful Termination, Discrimination, Defamation, and Violation of Due Process)**
Pursuant to Title VII of the Civil Rights Act and 42 U.S.C. § 1983

## 1. INTRODUCTION

1. Plaintiff, **Adam Julius Libonati**, **Sui Juris**, brings this action for violations of civil rights including:
   - Workplace discrimination
   - Lack of impartiality
   - Wrongful termination
   - Defamation of character
   - Emotional distress and economic harm

2. Plaintiff seeks **monetary relief in the amount of $50,000** for reputational damage, trauma, lost wages, and court costs.

## 2. JURISDICTION AND VENUE

3. Jurisdiction is proper under **28 U.S.C. § 1331** and **42 U.S.C. § 1983**, as this case arises under federal civil rights laws.

4. Venue is proper in the **Middle District of Florida** under **28 U.S.C. § 1391(b)** because the events occurred within this district.

## 3. PARTIES

5. Plaintiff, **Adam Julius Libonati, Sui Juris**, is a private individual residing in the State of Florida and was employed as a licensed **cosmetology educator**.

6. Defendant **Diana Hemmings** is a party to the actions giving rise to this complaint.

7. Defendant **Douglas McLean** is the registered agent associated with the organization involved in Plaintiff's termination.

8. Defendant **Melissa Brandoa** signed for the certified notice sent by Plaintiff.

## 4. SERVICE RECORD

9. Plaintiff served notice via **Certified Mail** on **July 6, 2025**, using the following tracking numbers:
   - **9589 0710 5270 3168 2851 56**
   - **9590 9402 9279 4295 5910 13**

10. Both were signed for on **July 7, 2025** by **Melissa Brandoa**, confirming receipt.

## 5. FACTUAL ALLEGATIONS

11. Plaintiff was a licensed cosmetology educator who performed duties professionally and without discipline or cause for dismissal.

12. Plaintiff was wrongfully terminated by Defendants without due process, impartial review, or a fair hearing.

13. Defendants made **false and damaging statements**, harming Plaintiff's professional reputation and standing in the community.

14. Plaintiff experienced **emotional trauma, financial loss, and professional injury** as a result of Defendants' actions.

## 6. CLAIMS FOR RELIEF

### Count I – Discrimination and Wrongful Termination (Title VII)
15. Plaintiff was subjected to discriminatory treatment and unlawfully terminated in violation of federal employment laws.

### Count II – Due Process and Impartiality Violations
16. Defendants failed to conduct a fair or impartial process before terminating Plaintiff, violating basic principles of justice.

### Count III – Defamation
17. False and defamatory statements were made by Defendants, causing Plaintiff reputational harm and professional loss.

## 7. DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully demands:

- **$50,000** in compensatory damages for:
  - Lost wages
  - Pain and suffering
  - Emotional trauma
  - Reputational harm

- ○ Legal and filing costs

- Any other relief the Court deems appropriate and just.

---

Respectfully submitted,

Signature: *[signature]*
Adam Julius Libonati, Sui Juris
Date: July 16th 2025

---